**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| In re: Oni Taffe | § | Case No. 05-44549-pb |
| | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Albert Togut, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court, US Bankruptcy Court - SDNY
One Bowling Green
New York, NY 10004-1408

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 04:00 PM on October 27, 2026 via Zoom for Government.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/22/2026 By: /s/ Albert Togut
Trustee

Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000
altogut@teamtogut.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | | |
|---|---|---|---|
| In re: | Oni Taffe | § | Case No. 05-44549-pb |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of* $ 775,000.00

*and approved disbursements of* $ 109,965.00

*leaving a balance on hand of*[1] $ 665,035.00

**Balance on hand:** $ 665,035.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 665,035.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Albert Togut | 9,299.25 | 0.00 | 9,299.25 |
| Attorney for Trustee, Fees - Togut, Segal & Segal LLP | 39,282.50 | 0.00 | 39,282.50 |
| Attorney for Trustee, Expenses - Togut, Segal & Segal LLP | 74.05 | 0.00 | 74.05 |

Total to be paid for chapter 7 administration expenses: $ 48,655.80
Remaining balance: $ 616,379.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 616,379.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | New York State Department of Taxation & Finance | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 616,379.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,055.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ACCESS GROUP, INC. | 33,055.43 | 0.00 | 33,055.43 |
| 3 | Acs | 0.00 | 0.00 | 0.00 |
| 4 | Bank of America | 0.00 | 0.00 | 0.00 |
| 5 | Chase Bankcard Services | 0.00 | 0.00 | 0.00 |
| 6 | Citibank | 0.00 | 0.00 | 0.00 |
| 7 | Comenity Bank (Express) | 0.00 | 0.00 | 0.00 |
| 8 | Dell Financial Services | 0.00 | 0.00 | 0.00 |
| 9 | Ky Higher Ed Student | 0.00 | 0.00 | 0.00 |
| 10 | Mercy College | 0.00 | 0.00 | 0.00 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Micromash | 0.00 | 0.00 | 0.00 |
| 12 | Nelnet / US Department of Education | 0.00 | 0.00 | 0.00 |
| 13 | Parking Violations Bureau | 0.00 | 0.00 | 0.00 |
| 14 | Sparrow Hospital | 0.00 | 0.00 | 0.00 |
| 15 | Sprint PCS | 0.00 | 0.00 | 0.00 |
| 16 | St. Joseph's Medical Imaging, P.C. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 33,055.43
Remaining balance: $ 583,323.77

Tardily filed claims of general (unsecured) creditors totaling $5,910.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Mercy University | 5,910.00 | 0.00 | 5,910.00 |

Total to be paid for tardy general unsecured claims: $ 5,910.00
Remaining balance: $ 577,413.77

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 577,413.77

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.08% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $33,363.80. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $544,049.97.

Prepared By: /s/ Albert Togut
Trustee

Albert Togut
One Penn Plaza
Suite 3335
New York, NY 10119
(212) 594-5000
altogut@teamtogut.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Eitan Blander

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ONI TAFFE, | : | Case No. 05-44549 (PB) |
| Debtor. | : | |

**NOTICE OF INSTRUCTIONS FOR ATTENDANCE AT FINAL HEARING VIA ZOOM FOR GOVERNMENT**

**PLEASE TAKE NOTICE** that the October 27, 2026 hearing (the "Hearing") referenced in the pre-fixed Notice shall take place virtually using both audio and videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Zoom link shall be provided by the Court to the list of persons that make an electronic appearance as Zoom participants in accordance with the instructions below, and to other attorneys, parties in interest, or members of the public who make an electronic appearance in accordance with the instructions below. All counsel who participate via Zoom shall participate in appropriate pre-Hearing testing of Zoom as may be required by this Court's personnel.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's counsel shall make an electronic appearance through the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before 4:00 p.m. prevailing Eastern Time on October 26, 2026. The Trustee will respond to any inquiries by interested parties to ensure they know to make and electronic appearance through the Court's website instead of sending an email to chambers requesting the Zoom link. The Court will circulate by email prior to the Hearing the Zoom link to such persons.

**PLEASE TAKE FURTHER NOTICE** that all other attorneys, parties in interest, or members of the public who wish to hear or observe the Hearing shall make

an electronic appearance through the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl on or before 4:00 p.m. prevailing Eastern Time on October 26, 2026. To avoid multiple appearances at the Hearing attorneys, parties in interest, and the public, will join with one device only. Parties that are speaking will join by video using the "Join ZoomGovMeeting" link in the Outlook invitation and their computer audio. Parties that are listening and not speaking may join with their cell phone only. If you are connecting by telephone, you must provide the Court with the telephone number that will be used to connect and the first and last names of each person who will connect. The Court will circulate by email prior to the Hearing the Zoom link to such persons who wish to hear or observe the Hearing via Zoom.

**PLEASE TAKE FURTHER NOTICE** that because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning at 3:45 p.m. on October 27, 2026. When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing. Participants that type in only their first name, a nickname, or initials will not be admitted into the hearing. When seeking to connect for either audio or video participation in a Zoom for Government hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name and relevant information. You may experience a delay in the Waiting Room before you are admitted to the Hearing.

Dated: New York, New York
September 22, 2026

ALBERT TOGUT, not individually but solely
in his capacity as Chapter 7 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Brian F. Moore*
BRIAN F. MOORE
EITAN BLANDER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000